IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FASTVDO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 12-1426-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| NVIDIA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff FastVDO LLC and Defendant Nvidia Corporation (together, the "Parties") have agreed to settle, adjust, and compromise all claims and counterclaims between them in the above-captioned action. The Parties, therefore, move this Court to dismiss with prejudice all claims and counterclaims between them in the above-entitled action.

The Parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

WHEREFORE, the Parties respectfully request that the Court dismiss this action in accordance with the proposed Order that accompanies this motion.

| FARNAN LLP | ASHBY & GEDDES |
|---|---|
| */s/ Brian E. Farnan* | */s/ John G. Day* |
| Joseph J. Farnan, Jr. (#100245)<br>Brian E. Farnan (#4089)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | John G. Day (#2043)<br>Tiffany G. Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FASTVDO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 12-1426-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| NVIDIA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff FastVDO and Defendant Nvidia Corporation (together, the "Parties") have announced to the Court that they have settled their claims and counterclaims for relief asserted in this case and request dismissal of the case as between them. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims between the Parties made in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SO ORDERED** this ____ day of _____, 2014.

_____
United States District Judge

{00843587;v1}